# U.S. District Court
## District of New Hampshire (Concord)
## CIVIL DOCKET FOR CASE #: <u>1:24−cv−00015−JL−AJ</u>

| | |
|---|---|
| Collier v. Carrol et al | Date Filed: 01/26/2024 |
| Assigned to: Judge Joseph N. Laplante | Date Terminated: 06/28/2024 |
| Referred to: US Magistrate Judge Andrea K Johnstone | Jury Demand: None |
| Cause: 28:1983 Civil Rights | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Randall Collier** | represented by | **Randall Collier**<br>26 Joslin Rd.<br>Surry, NH 03431<br>603 803−2648<br>PRO SE |

V.

**Defendant**

| | | |
|---|---|---|
| **James M. Carrol**<br>*Judge* | represented by | **Nathan W. Kenison−Marvin**<br>NH Attorney General's Office (DOJ)<br>Department of Justice<br>33 Capitol St<br>Concord, NH 03301<br>603−271−3650<br>Fax: 603−271−2110<br>Email: nathan.w.kenison−marvin@doj.nh.gov<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Michael Garner**<br>*Judge* | represented by | **Nathan W. Kenison−Marvin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **NH Judicial Conduct Committee** | represented by | **Nathan W. Kenison−Marvin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/10/2024 | 1 | COMPLAINT against James M. Carrol, Michael Garner, NH Judicial Conduct Committee filed by Randall Collier.(mc) (Additional attachment(s) added on 2/7/2024: # 1 Summonses) (mc). (Entered: 01/22/2024) |
| 01/10/2024 | | |

| | | |
|---|---|---|
| | | NOTICE. This case has been designated for Electronic Case Filing. All further submissions shall be filed in compliance with the Administrative Procedures for Electronic Case Filing. Pro se litigants are not required to file electronically and may continue to file documents in paper format. Persons filing electronically are strongly encouraged to complete the interactive training modules available on the courts website. To access these modules, click HERE. (mc) (Entered: 01/22/2024) |
| 01/22/2024 | 2 | NOTICE – Filing Fee Omitted. Either the filing fee or an application to proceed without fees or costs must be submitted within 60 days. If proceeding without prepayment of fees or costs is sought the court needs: Application to Proceed Without Prepayment of Fees or Costs.Compliance Deadline set for 3/22/2024.(mc) (Entered: 01/22/2024) |
| 01/22/2024 | 3 | Letter to Plaintiff from Deputy Clerk re: New Case. (mc) (Entered: 01/22/2024) |
| 01/26/2024 | | Filing Fee paid – case converted to a civil case: $ 405 (Credit Card), receipt number 1199 Case assigned to Judge Joseph N. Laplante and US Magistrate Judge Andrea K Johnstone. New case number is 1:24−cv−15−JL−AJ. Please show this number with the judge designation on all future pleadings. (mc) (Entered: 01/29/2024) |
| 02/07/2024 | 4 | Summonses given in hand as to James M. Carrol, Michael Garner, NH Judicial Conduct Committee. **NOTICE: Counsel shall print and serve the summonses and all attachments in accordance with Fed. R. Civ. P. 4.** (Attachments: # 1 Notice ECF)(mc) (Entered: 02/07/2024) |
| 02/07/2024 | 5 | NOTICE of Attorney Appearance by Nathan W. Kenison−Marvin on behalf of James M. Carrol, Michael Garner, NH Judicial Conduct Committee Attorney Nathan W. Kenison−Marvin added to party James M. Carrol(pty:dft), Attorney Nathan W. Kenison−Marvin added to party Michael Garner(pty:dft), Attorney Nathan W. Kenison−Marvin added to party NH Judicial Conduct Committee(pty:dft).(Kenison−Marvin, Nathan) (Entered: 02/07/2024) |
| 02/07/2024 | 6 | WAIVER OF SERVICE Returned Executed as to James M. Carrol by James M. Carrol. Served/Mailed on 2/7/2024. Answer Follow Up on 4/10/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Kenison−Marvin, Nathan) (Entered: 02/07/2024) |
| 02/07/2024 | 7 | WAIVER OF SERVICE Returned Executed as to Michael Garner by Michael Garner. Served/Mailed on 2/7/2024. Answer Follow Up on 4/10/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Kenison−Marvin, Nathan) (Entered: 02/07/2024) |
| 02/07/2024 | 8 | WAIVER OF SERVICE Returned Executed as to NH Judicial Conduct Committee by NH Judicial Conduct Committee. Served/Mailed on 2/7/2024. Answer Follow Up on 4/10/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Kenison−Marvin, Nathan) (Entered: 02/07/2024) |
| 03/28/2024 | 9 | Return of Service Executed as to James M. Carrol, Michael Garner, NH Judicial Conduct Committee by Randall Collier. Served/Mailed on 3/20/2024. Answer Follow Up on 4/10/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(ko) (Entered: 03/28/2024) |
| 04/08/2024 | 10 | MOTION for Summary Judgment filed by Randall Collier. Served on 4/8/2024. Follow up on Objection on 5/8/2024. The court only follow up date DOES NOT include 3 |

| | | |
|---|---|---|
| | | additional days that may apply per FRCP 6(d) and FRCrP 45(c).(ko) Modified on 6/28/2024 to terminate (ko). (Entered: 04/08/2024) |
| 04/10/2024 | 11 | MOTION to Dismiss for Failure to State a Claim filed by James M. Carrol, Michael Garner, NH Judicial Conduct Committee.Follow up on Objection on 4/24/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Memorandum of Law, # 2 Exhibit The Judicial Defendants' Motion to Dismiss and Supporting Memorandum of Law in Randall S. Collier v. James M. Carroll, et al., Case No. 22–cv–00162–LM, # 3 Exhibit Order granting the Judicial Defendants' Motion to Dismiss and Supporting Memorandum of Law in Randall S. Collier v. James M. Carroll, et al., Case No. 22–cv–00162–LM, # 4 Exhibit Judgment entered in Randall S. Collier v. James M. Carroll, et al., Case No. 22–cv–00162–LM)(Kenison–Marvin, Nathan) Modified on 6/28/2024 to terminate (ko). (Entered: 04/10/2024) |
| 04/30/2024 | 12 | RESPONSE to Judicial Defendant's Motion to Dismiss, and Revised Civil Complaint (attached) re 11 MOTION to Dismiss for Failure to State a Claim filed by Randall Collier. (Attachments: # 1 Memorandum of Law)(jb) (Entered: 05/01/2024) |
| 05/13/2024 | | Notice regarding 10 MOTION for Summary Judgment: Pursuant to Local Rule 72.1, this motion has been referred to Magistrate Judge Andrea K Johnstone for proposed findings of fact and a recommendation as to its disposition. Any such findings and recommendations shall be filed with the Court and a copy shall forthwith be served on all parties. (ko) (Entered: 05/13/2024) |
| 05/15/2024 | 13 | **///REPORT AND RECOMMENDATION re 10 Motion for Summary Judgment, 11 Motion to Dismiss for Failure to State a Claim, recommending the district judge should grant the defendant's motion to dismiss (Doc. No. 11) based on lack of subject matter jurisdiction and deny plaintiff's motion for summary judgment (Doc. No. 10). Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice. So Ordered by US Magistrate Judge Andrea K Johnstone. Follow up on Objections to R&R on 5/29/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(ko)** Modified on 7/3/2024 to add /// (jb). (Entered: 05/15/2024) |
| 05/28/2024 | 14 | MOTION to Extend Time to Object/Respond to 13 REPORT AND RECOMMENDATION filed by Randall Collier. Served on 5/28/2024. Follow up on Objection on 6/11/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(ko) (Entered: 05/28/2024) |
| 05/28/2024 | | **ENDORSED ORDER granting re 14 Motion to Extend Time to Object/Respond to 13 Report and Recommendation.** *Text of Order: Granted. Plaintiff shall file his objection/response to the Report and Recommendation on or before June 24, 2024.* **So Ordered by US Magistrate Judge Andrea K Johnstone. Follow up on Objection on 6/24/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(ko)** (Entered: 05/28/2024) |
| 06/24/2024 | 15 | OBJECTION to 13 Report and Recommendation filed by Randall Collier. (Attachments: # 1 Memorandum of Law)(ko) (Entered: 06/24/2024) |
| 06/27/2024 | 16 | **///ORDER approving re 13 Report and Recommendation. So Ordered by Judge Joseph N. Laplante.(ko)** (Entered: 06/28/2024) |

| 06/28/2024 | <u>17</u> | **JUDGMENT is hereby entered in accordance with <u>13</u> Report and Recommendation, <u>16</u> Order on Report and Recommendation. Signed by Daniel J. Lynch, Clerk of Court.** *(Case Closed)* **(ko)** (Entered: 06/28/2024) |
|---|---|---|
| 07/12/2024 | <u>18</u> | NOTICE OF APPEAL as to <u>17</u> Judgment by Randall Collier. Filing fee $ 605, receipt number 1540. File–stamped copy to be sent to parties/USCA by Clerk's Office.<br><br>**NOTICE TO COUNSEL: Counsel should register for a First Circuit CM/ECF Appellate Filer Account at <u>http://pacer.psc.uscourts.gov/cmecf/</u>. Counsel and pro se parties should also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at <u>http://www.ca1.uscourts.gov/cmecf</u>** (Attachments: # <u>1</u> Judgment)(ko) (Entered: 07/16/2024) |
| 07/16/2024 | <u>19</u> | Appeal Cover Sheet as to <u>18</u> Notice of Appeal filed by Randall Collier. (Attachments: # <u>1</u> Transcript Report Form)(ko) (Entered: 07/16/2024) |
| 07/16/2024 | <u>20</u> | Clerk's Certificate transmitting Record on Appeal to US Court of Appeals, documents numbered 13, 16, and 17, re <u>18</u> Notice of Appeal. A copy of the Notice of Appeal mailed to all parties this date.(ko) (Entered: 07/16/2024) |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1.  USDC/NH Case No.   24-cv-15-JL-AJ

2.  TITLE OF CASE:   Randall Collier v. James M. Carrol, et al.

3.  TYPE OF CASE: Civil

4.  NAME OF APPELLANT(S) & COUNSEL FOR APPELLANT(S):
    See certified copy of docket (ECF registered users not provided with a copy of docket)

5.  NAME OF APPELLEE(S) & COUNSEL FOR APPELLEE(S):
    See certified copy of docket (ECF registered users not provided with a copy of docket)

6.  NAME OF JUDGE: Joseph N. Laplante

7.  DATE OF JUDGMENT OR ORDER ON APPEAL: **June 28, 2024**

8.  DATE OF NOTICE OF APPEAL: **July 12, 2024**

9.  FEE PAID: YES

10. COURT APPOINTED COUNSEL: Not Applicable

11. COURT REPORTER(S):   and DATES:      None

12. TRANSCRIPTS ORDERED/ON FILE: NO

13. HEARING/TRIAL EXHIBITS: NO

14. MOTIONS PENDING: NO

15. GUIDELINES CASE: Not Applicable

16. RELATED CASES or CROSS APPEAL:   None

17. SPECIAL COMMENTS:   None

# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name _____

District Court Case No. _____    District of PLEASE SELECT

Date Notice of Appeal filed _____    Court of Appeals Case No. _____

Form filed on behalf of _____

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____

Transcript Already Filed in District Court.  List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter_____

Phone Number of Reporter_____

A.    _____    **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

PROCEEDING(S)                                                    HEARING DATE(S)

☐    Jury Voir Dire                                    _____
☐    Opening Statement (plaintiff)                     _____
☐    Opening Statement (defendant)                     _____
☐    Trial                                             _____
☐    Closing Argument (plaintiff)                      _____
☐    Closing Argument (defendant)                      _____
☐    Findings of Fact/Conclusions of Law               _____
☐    Jury Instructions                                 _____
☐    Change of Plea                                    _____
☐    Sentencing                                        _____
☐    Bail hearing                                      _____
☐    Pretrial proceedings (specify) _____         _____
☐    Testimony (specify ) _____             _____
☐    Other (specify) _____               _____

NOTE:  Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B.    _____    **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☐    Private funds.
☐    Government expense (civil case).  IFP status has been granted and a motion for transcript at government expense has been allowed.  (Attach a copy of the order to each copy of this order form.)
☐    Criminal Justice Act.  A CJA Form 24  has been approved by the district court judge.
☐    Criminal Justice Act.  A CJA Form 24 is attached for authorization by the court of appeals.
☐    Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name _____    Filer's Signature _____

Firm/Address _____     Filer's Email address _____

Telephone number _____    Date mailed to court reporter _____

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/09/09)                                        **SEE INSTRUCTIONS ON REVERSE**

**UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT**

### TRANSCRIPT REPORT/ORDER FORM

This form must be completed by any party that files a notice of appeal to the First Circuit and by any party that wishes to order a transcript for an appeal.  **A Transcript Report/Order Form that fails to comply with these instructions will be deemed non-compliant.  In addition, the appeal will be subject to dismissal pursuant to 1st Cir. R. 3.0(b) and 10.0(a) if appellant fails to timely file a Transcript Report/Order Form.**

### TRANSCRIPT REPORT INSTRUCTIONS

If a transcript is not necessary for the appeal, or the transcript is already completed and filed with the district court, only the Transcript Report section needs to be completed.  Appellant must file the completed Transcript Report Form with the Court of Appeals Clerk's Office, accompanied by proof of service on opposing parties, within 14 days after the case is docketed in the Court of Appeals.

### TRANSCRIPT ORDER INSTRUCTIONS

If a transcript is being ordered, the Transcript Order section of the form must be completed.  The completed Transcript Order Form must be filed with the court reporter in the district court within 14 days after filing the notice of appeal.  Fed. R. App. P. 10(b).  <u>Do not submit this form until financial arrangements have been made with the court reporter</u>.  Appellant must file the completed Transcript Order Form with the Court of Appeals Clerk's Office and one copy with the district court clerk's office, accompanied by proof of service on opposing parties, within 14 days after the case is docketed in the Court of Appeals.

### CRIMINAL JUSTICE ACT INSTRUCTIONS

Any party ordering transcripts at government expense under the Criminal Justice Act must also complete a CJA Form 24, Authorization and Voucher for Payment of Transcripts.  The voucher must be authorized by either the district court judge or the circuit court judge prior to the order being placed with the court reporter.  Both the Transcript Order Form and CJA Form 24 must indicate with specificity those proceedings to be transcribed.  The transcript order will be considered timely for purposes of  Fed. R. App. P. 10(b) and 1st Cir. R. 3.0(b) and 10.0(a) if a completed Transcript Order Form and a CJA Form 24 in need of authorization are received by the Court of Appeals Clerk's Office within 14 days of the docketing of the appeal.  The Clerk's Office will forward the Transcript Order Form and authorized CJA Form 24 to the court reporter.

**NOTE**: A separate Transcript Order Form (and if necessary, a CJA Form 24) must be completed for each court reporter from whom a transcript is requested.

### COURT REPORTER'S DUTIES

The court reporter should indicate on the Transcript Order Form the date of receipt of the form.  Once the Transcript Order Form is filed in the Court of Appeals, the Clerk's Office will send a Transcript Order Acknowledgment to the court reporter noting the deadline for production of the transcript.  If the court reporter *promptly* returns the Acknowledgment indicating that the transcript order is incomplete for any reason, the deadline may be suspended until the party ordering the transcript cures the deficiency.  If the court reporter cannot complete the transcript by the deadline, he or she must file a motion for extension in the Court of Appeals. Fed. R. App. P. 11(b). An extension of time does not waive the mandatory fee reductions, which shall take effect after 60 days if the transcript order is not completed and a waiver has not been granted.  Once the transcript is complete, the court reporter must file a copy with the district court and provide the ordering party with a copy.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Randall Collier

     v.                              No. 24-cv-15-JL-AJ

James M. Carrol, et al.

CLERK'S CERTIFICATE TO
CIRCUIT COURT OF APPEALS

     I, Kellie Otis, Deputy Clerk of the United States District Court
for the District of New Hampshire, do hereby certify that the
following documents constitute the record on appeal to the First
Circuit Court of Appeals:

     DOCUMENTS NUMBERED: 13, 16, and 17

     The Clerk's Office hereby certifies the record and docket sheet
available through ECF to be the certified record and the certified
copy of the docket entries.

                                  IN TESTIMONY WHEREOF, I hereunto
                                  set my hand and affix the seal
                                  of said Court, at Concord, in
                                  said District, on this day,
                                  July 16, 2024

                                **FCPKGN'L0N[ PEJ** , Clerk

                                **By: /s/ Kellie Otis, Deputy Clerk**
                                **Jul 16, 2024**

cc:  Randall Collier, pro se
      Nathan W. Kenison-Marvin, Esq.

FILED - USDC -NH
2024 JUL 12 PM1:59

FORM 5. Petition for Review/Notice of Appeal of an Order or Decision of an Agency, Board,     Form 5
Commission, Office, Bureau, or the US Court of Federal Claims (vaccine appeals only))     March 2023

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## PETITION FOR REVIEW/NOTICE OF APPEAL

Notice is hereby given that the petitioner(s)/appellant(s) listed below hereby appeal(s) the below-noted case to the United States Court of Appeals for the Federal Circuit.

Originating Tribunal *(Name of Agency, Board, Commission, Office, Bureau, or Court whose decision is being appealed)*:   New Hampshire District Court

Case number being appealed:   24 - CV - 15 - JL - AJ

Case title being appealed: Notice of Claim of Deprevation of Rights

Date of final decision or order being appealed:   June 27 2024

Date decision or order was received:   June 28 2024

☑ I have attached a copy of the decision or order being appealed.

**List all Petitioners/Appellants** (List each party filing this appeal. Do not use "et al." or other abbreviations. Attach continuation pages if necessary.)

Randall S. Collier on Behalf of T. O. C.
     AND

Date: July 12, 2024

Signature: *Randall Collier*

Name: Randall S. Collier

Address: 26 RSC Joslin Rd

Surry, NH

03431

Phone Number: 603 803 2648

Email Address: 042611t@gmail.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Randall Collier</u>

v.                                    Case No.   24-cv-15-JL-AJ

<u>James M. Carrol, et al.</u>

<u>JUDGMENT</u>

In accordance with the Order by District Judge Joseph N. Laplante
dated June 27, 2024, approving the Report and Recommendation by
Magistrate Judge Andrea K. Johnstone dated May 15, 2024, judgment is
hereby entered.

By the Court:

<u>/s/ Daniel J. Lynch</u>
Daniel J. Lynch
Clerk of Court


Date: June 28, 2024

cc:  Randall Collier, pro se
     Nathan W. Kenison-Marvin, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Randall S. Collier

      v.                          No. 24-cv-15-JL-AJ

James S. Carroll, et al.

## REPORT AND RECOMMENDATION

Self-represented plaintiff Randall S. Collier has sued New
Hampshire state court Judges James Carroll and Michael Garner,
and the New Hampshire Judicial Conduct Committee ("JCC"). Mr.
Collier alleges that the defendants, individually or
collectively, committed various torts and Constitutional
violations against him during the pendency of a state court
domestic relations matter involving Mr. Collier and his family.
The defendants have filed a motion to dismiss, (Doc. No. 11), to
which Mr. Collier has objected (Doc. No. 12).[1] The defendants'
motion has been referred to the undersigned Magistrate Judge for
a Report and Recommendation. See 28 U.S.C. § 636(b)(1)(B); LR
72.1.

---

[1] Mr. Collier filed a single document containing both his
objection to the defendants' motion and a "revised Civil
Complaint." To the extent Mr. Collier was seeking leave to file
an amended complaint, the single filing violated LR 7.1(a)(1).
Nevertheless, in deference to his pro se status, the court will
treat Mr. Collier's "revised" complaint as an addendum to his
original complaint and analyze the defendants' motion
accordingly.

## Factual Background and Procedural History

Mr. Collier's claims in this case stem from judges' decisions regarding "an invalid domestic violence protective order and parenting plan and sole decision-making responsibility for the mother only" in the New Hampshire state court case In the Matter of Hillary May and Randall S. Collier, No. 650-2-13-DM-00010 (4th Cir. Ct., District Division, Laconia). See Compl. Add. (Doc. No. 12) ¶¶ 6, 17.  He has sued the judges in that case and  sued the JCC for failing to take action against those judges.  He asserts fifteen separate claims, based on the judges' acts and the JCC's inaction.  Id. ¶¶ 17-52. Mr. Collier seeks relief in the form of monetary damages "near $70M" and an Order from this court to vacate the state court's orders.  Id. at 31.

In 2022, Mr. Collier filed a nearly identical lawsuit in this court.  See Collier v. Carroll, et al., Civ. No. 22-cv-162-LM (D.N.H. filed May 9, 2022).  On January 31, 2023, Judge McCafferty granted the defendants' motion to dismiss, based on lack of subject matter jurisdiction.  Id. Order (Doc. No. 22). Specifically, Judge McCafferty held that Mr. Collier's lawsuit was, in effect, an appeal from the New Hampshire state court rulings described above and was, therefore, barred by the Rooker-Feldman doctrine. Id. at 2-3.  There being little or no meaningful difference between this lawsuit and Mr. Collier's

previous suit against these defendants, the same result is warranted here.

## Rooker-Feldman Doctrine

Under the Rooker-Feldman doctrine, this Court lacks subject-matter jurisdiction to review the decisions of state courts if the underlying matters are concluded. This doctrine precludes a federal action if the relief requested would effectively reverse or void a state court decision, or if the plaintiff's claims are "inextricably intertwined" with the state court action. See Johnson v. De Grandy, 512 U.S. 997, 1005-1006 (1994); Exxon Mobil Corp. v. Saudi Basic Industries Corp., Inc., 544 U.S. 280 (2005) (doctrine applies to cases by state court losers seeking review and rejection of state court judgments rendered prior to commencement of federal suit).

Here, Mr. Collier explicitly asks this court to reverse state court rulings because, he believes, they were incorrect, unconstitutional, or corrupt. This court does not have jurisdiction to do so, and the action should, therefore, be dismissed. See Miller v. Nichols, 586 F.3d 53, 59 (1st Cir. 2009) (affirming dismissal of action relating to custody of child for lack of subject matter jurisdiction under Rooker-Feldman doctrine); see also Dempsey v. Massachusetts State, 959 F.2d 230, 1992 WL 60438, at *1 (1st Cir. 1992) (unpublished) ("[F]ederal district courts do not sit as 'super appellate

courts' reviewing errors allegedly committed by a state court.")
(citation omitted).  For the same reasons, Mr. Collier's motion
for summary judgment (Doc. No. 10) should be denied.

## Conclusion

Based on the foregoing, the district judge should grant the
defendants' motion to dismiss (Doc. No. 11) based on lack of
subject matter jurisdiction and deny plaintiff's motion for
summary judgment (Doc. No. 10). Any objections to this Report
and Recommendation must be filed within fourteen days of receipt
of this notice. See Fed. R. Civ. P. 72(b)(2). The fourteen-day
period may be extended upon motion. Only those issues raised in
the objection to this Report and Recommendation are subject to
review in the district court. See Sch. Union No. 37 v. United
Natl Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010). Any issues not
preserved by such objection(s) are precluded on appeal. See id.
Failure to file any objections within the specified time waives
the right to appeal the district court's order. See Santos-
Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016).

SO ORDERED.

Andrea K. Johnstone
United States Magistrate Judge

May 15, 2024

cc:  Randall Collier, pro se
     Nathan W. Kenison-Marvin, Esq.

4

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Randall Collier

     v.                                      Case No. 24-cv-15-JL-AJ

James M. Carrol, et al.

ORDER

    After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 15, 2024.

                                        Joseph N. Laplante
                                        United States District Judge

Date: June 24, 2024

cc:  Randall Collier, pro se
     Nathan W. Kenison-Marvin, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Randall Collier</u>

v.                                              Case No.  24-cv-15-JL-AJ

<u>James M. Carrol, et al.</u>


<u>JUDGMENT</u>


In accordance with the Order by District Judge Joseph N. Laplante dated June 27, 2024, approving the Report and Recommendation by Magistrate Judge Andrea K. Johnstone dated May 15, 2024, judgment is hereby entered.


By the Court:


<u>/s/ Daniel J. Lynch</u>
Daniel J. Lynch
Clerk of Court


Date: June 28, 2024

cc:  Randall Collier, pro se
     Nathan W. Kenison-Marvin, Esq.