Randall Collier,

Plaintiff(s), Appellant(s),

v.

Judge James M. Carroll,
Judge Michael Garner,
New Hampshire Judicial
Conduct Committee,

Defendants, Appellees,

August 5th, 2024

MOTION TO AMEND CAPTION, ADD PARTIES TO APPEAL, DOCKET No. 24-1657,

(Regarding District of New Hampshire Case No. 1:24-cv-00015-JL-AJ)

---

The purpose of this Motion is to Amend the Caption in this Appeal (Docket No.24-1657. Regarding District of New Hampshire Case No.1:24-cv-00015-JL-AJ), to add Parties to the 'Caption', as explained herein.

This case is likely to affect T.C. (a minor, son of Randall), substantially, therefore he has a right to be a party in this case. Also because Randall is Father to T.C. he has a right and a duty to represent the "best interests" of T.C. in this case. Also this Plaintiff's middle initial is absent from the current 'caption'. For these reasons this court therefore has a duty to include T.C. as a 'Plaintiff' and 'Appellant', as follows:

Randall S. Collier;
T.C. (a minor, son of Randall);

Plaintiff(s), Appellant(s),

Regarding the Defendant(s) in this case, part of this Plaintiffs arguments is that the New Hampshire "Family Courts" are violating "due process of law" in how they function, routinely,

and how they were established is not legitimate, therefore they should be included in the Defendant list, since our claims are against the entire illegitimate "Family Court(s)" system in the State of New Hampshire, and the apparently ineffective Judicial Conduct Committee. Also the NH Attorney General's Office and the A.G. 'representing' the other 'defendants' in this case. So the following Party name(s) should be added to the 'Defendants' and 'Appellees' for this Appeal:

Judge James M. Carroll;
Judge Michael Garner,
New Hampshire Judicial
Conduct Committee;
New Hampshire Circuit Courts,
Family Division;
NH Attorney General's Office;
A.G. Nathan W. Kenison-Marvin,
Defendants, Appellees.

THEREFORE, the final "caption" should read as follows:

Randall S. Collier,
T.C. (a minor, son of Randall);

Plaintiff(s), Appellant(s),

v.

Judge James M. Carroll,
Judge Michael Garner,
New Hampshire Judicial
Conduct Committee,
New Hampshire Circuit Courts,
Family Division;
NH Attorney General's Office;
A.G. Nathan W. Kenison-Marvin,

Defendants, Appellees,

*Randall S. Collier* [signature]

Collier
26 Joslin Rd
Surry NH
03431

Office of the Clerk
U.S. Court of Appeals
U.S. Courthouse
1 Courthouse Way Suite 2500
Boston, Ma
02210

MANCHESTER NH 030
6 AUG 2024 PM 1 L



FOREVER / USA

USMS SCREENED

02210-302499