# United States Court of Appeals
## For the First Circuit

No. 24-1657

RANDALL COLLIER,

Plaintiff - Appellant,

v.

JUDGE JAMES M. CARROLL; JUDGE MICHAEL GARNER; NEW HAMPSHIRE JUDICIAL CONDUCT COMMITTEE,

Defendants - Appellees.

### ORDER OF COURT

Entered: August 13, 2024
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration of the motion to amend the case caption filed by the Appellant Randall Collier, the motion is denied.  See Fed. R. App. P. 12(a) (stating that "the circuit clerk must docket the appeal under the title of the district court action").

By the Court:

Maria R. Hamilton, Clerk

cc:
Randall Collier
Nathan W. Kenison-Marvin