Motion to Expedite Appeal Ruling in Case number 24-1657
In the First Circuit Court of Appeals for the Federal District.

Randall S. Collier
Plaintiff,

V.

Judge James M. Carrol,
Judge Michael Garner,
NH Judicial Conduct Committee,
Defendant(s)

Motion to Expedite Appeal ruling based on the (actual) best interest of T.C.

The following reasons support an expedited ruling are as follows:
Twelve (12) years ago, my biological son T.C. was ripped from my care, custody, and control unconstitutionally. For 12 years, the State of NH directly contradicted their own mission statement to follow the NH and US Constitutions.

The NH Supreme Court allows the denial of access to evidence. The evidence to support this allegation includes 2 motions for discovery of evidence "most favorable to him" as required by Law, and 2 Show Cause Motions. NH Supreme Court denied two parenting appeals and a Writ of Centori, NH Supreme Court (a Constitutional Court) makes the rules for the Unconstitutional Circuit Courts that allows criminal statutes to be used without evidence against litigants in the Family Division.

The 61st Congress abolished all Circuit Courts and testimony from NH AG's office that NH Circuit Courts are legislative and not Constitutional. This also means these Circuit Courts are not Judicial, but Administrative in nature.

On 4/24 NH Family Court Order, two opposing findings were noted, one page apart. "Evidence deliberated on" and "Rules of Evidence did not apply to the orders Mr. Collier seeks to vacate". The Family Court noted evidence did not apply to the order and then denied the Motion to remove the Protective Order. If evidence did not apply to the orders, why deny the Motion to remove the protective order? What is the state's interest in denying the removal of the protective order?
The Family Court noted I could appeal to the NH Supreme Court. If NH Supreme Court allows protective orders to be issued in family court without supporting evidence, then this is not an appeal on my specific orders, but an appeal based on the unlawful acts of the NH Judiciary in its totality.
Admission of "It is the pro se litigants responsibility to vindicate his rights in civil court (but evidence does not apply) but rights are protected in criminal court". How is this even feasible or possible? Further testimony of "Rules of Evidence did not apply to the orders Mr. Collier seeks to vacate". This only supports the NH Judicial Branch's admission of guilt of removing American's rights before the ability to have a criminal hearing. No evidence of injured person or property was ever submitted against me in an article 3 Judicial Court. I was never officially charged with a crime but apparently I met the elements of criminal statutes without actual evidence in civil court, but never properly referred to a criminal court.

Rooker Feldman should not apply because Federal Courts do have jurisdiction over Constitutional claims. Don't be fooled by the Rooker Feldman Doctrine. This District Court does have jurisdiction over this

plaintiffs claims pursuant to 28 USC 1331 as this action arises under the constitution and laws of the United States, specifically 42 USC 1983, for violations of this plaintiff's 1st 2nd 4th, 5th 8th and 14th amendments. This District Court also has jurisdiction under 28 usc 1343 (a) (3), which provides jurisdiction for actions to redress deprivation, under color of any state law, right, ordinance, regulation, or custom, of any right, privilege, or immunities secured by the Constitution.

Purpose of the statute that mandated that any person who under color of law subjected another to deprivation of his constitutional rights would be liable to the injured party in an action at law was not to abolish immunities available at common law, but to insure that the federal courts would have jurisdiction of constitutional claims against state officials. Act March 3,1875, 18 Stat. 470. Butz v. Economou, 1978
Violating your Oath is a Federal Crime. 5 U.S. 7311 & exec order 104500, punishable by removal from office, Prison, and Fines.

Executive Administrators enforce statute and codes. ( frc v. ge 281 US 464, keller v. PE 261 US 428, 1 Stat. 138-178) . No Judges, just Administrators. ( FRC v. GE 281 US 464)

US Family Courts are not Constitutional, but run under the Domestic Relations Exception. The Supremacy Clause says no state will make laws that take away constitutional rights and all judges are required to swear an Oath to the Constitution.

The 14th Amendment was enacted subsequently to the 11th amendment and was primarily designed to safeguard a citizen's constitutional rights and liberties from potential abuses by individuals

and state regulated embodied agencies. This is a fundamental principle embodied in 42 USC 1983.

When acting to enforce a statute and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity. Courts administration or enforcing statutes do not act judicially, but merely ministerially. Thompson V. Smith 154 S.E., 579, 583, & keeler V. P.E. 261 US 428; F.R.C. V. G.E., 281, U.S. 464

Federal Law Title 18 Section 5033 prohibits the taking of any child away from its natural parents without a hearing in a court of competent jurisdiction. And any one who violates this provision has no immunity from liability.
Since the denial of rights (42 USC 1983) is a criminal act under 18 USC 242, there is no immunity for the judge for denying your Constitutional Rights because they are taking part in a criminal endeavor.

When a judge does not follow the law, the judge loses subject matter jurisdiction and the judges orders are void of no legal force or effect. Yates V. Village of Hoffman estates, illinois, 209 F. Supp. 757 (N.D. ill 1962).
See Am. jur. & 257 Limitations to Administrative Law Courts.
"Administrative Law Courts can not determine constitutional issues".

"Child Support is a duty, not a debt". MIddeton V. middleton 620A. 2d 1363- Md. Court of Appeals 1993

As court orders show, the NH Family Court had findings of fact, when evidence did not apply. This appears non judicial, not objective or fair.

If the Rule of Law is not followed, (because Rules of Evidence does not apply) there is no Independent Judiciary, this means no lawful Jurisdiction to make orders over me or T.C. If no lawful jurisdiction, no Rooker Feldman.

I have had a protective order for the last 12 years. I have had no contact with T.C. in the last 2 years. Ms. was awarded sole custody with her "overly restricted" parenting plan and allowed to relocate 700 miles away.

2 years ago, Ms. May stopped all phone and skype calls with T.C. The last time I spoke with T.C. on the phone, he said to me "I don't want to do these calls anymore" and the phone went dead. How did I get 6 years of supervised visits for T.C.'s good memory? Why does T.C. only have painful, upsetting, and depressing memories of only having a phone call relationship with his biological father. Now my only son doesn't want to talk to me, and he has no idea why I was removed from his daily life.

If medical records contradicted the allegations and no threats or violence noted in her 5 page DVP, how did Ms. May win sole decision making.? If evidence did not apply to the orders, what exactly is the state's "interest" in our case as Judge Garner noted in the 4/24 order?

The actions leading up to the Orders are in question. This is one of many examples of intentional violations of US Constitutional Law. Another example is when Judge Garner wrote " Mr. Collier shall not promise anything to T.C.". This is a clear violation of US Constitutional Law and Rights and a reasonable person should have known this violates freedom of speech.

This is an appeal to the Federal Court for Federal Law violations in State Court, where the NH State Supreme Court allows this to happen. If Rooker applies to the case, Then in writing please write that the US Constitution does not exist. I am super confused how the Rooker Feldman Doctrine Supersedes US Constitutional Law. If you deny this appeal based on Rooker Feldman, please clarify how the Doctrine Supersedes US Constitutional Law.

If the NH Circuit Court Family Division is allowed to violate US and NH Constitutional Law, then this means all NH Supreme Court staff is guilty of Treason and Child Abuse. If Rooker does apply, and I have to appeal to the US Supreme Court, this means T.C. will age out before I get remedy for US Constitutional violations and gross child abuse will continue to T.C. at the hands of all the NH judicial branch employees. T.C. was ripped away from me 12 years ago and for 12 years, evidence did not apply ro removing T.C. from my custody.

Due Process cant be guaranteed if evidence does not apply.
This means no legal jurisdiction of the court and it is not judicial in nature. Rooker Feldman does not apply when there is no lawful jurisdiction.

This also means all NH Circuit Court Family Division cases past and present need to be immediately halted with an emergency order from NH District Court for investigation of intentional violations of US Constitutional Rights. This District shall also have legal jurisdiction to order a proper Lawful, Judicial and US Constitutional remedy effective immediately.

Can you imagine for 12 years you can't see your dad because mothers overly restricted parenting plan. Ms. May only wants me to see T.C. for 2 hours once a month after submitting no actual evidence

of a crime or injured party. NH Judicial Branch and NH Supreme Court agree this is the best interest of the T.C. This is despite no actual evidence of wrongdoing to person or property. Now 12 years later T.C. wants nothing to do with me and I can only imagine what will happen if I have to wait for a remedy from the US Supreme Court which could be another 2 or more years in court litigation. T.C. is almost 13, which means he could be near 16 years of age and still no contact with his biological father because nobody actually cares about the child abuse he is suffering.

T.C. was 18 months old when he was ripped from my care, custody, and control. For 12 years I have got no redress for US Constitutional violations and child abuse to T.C. I am a US NAVY Veteran. We also took the Oath to uphold the US Constitution and defend this country against all enemies foreign and domestic.

For 12 years, I have seen T.C. and myself be emotionally destroyed by our inability to share an intimate relationship with each other. 12 years of depressing, angry, lost, and lonely times to children like T.C., is enough reason to expedite this ruling. 12 years of child abuse by the NH Judiciary, as well as their continued use of criminal statues in family court against litigants without evidence is Treason.

Child Support is ongoing and therefore the case is not closed and this proves the DIstrict Court does have Jurisdiction and can not legally dismiss on Rooker Feldman. I did not sign a contract, however I have an NH State sponsored Child Support Order. Holmberg V. Holmberg, child support is unconstitutional because it violates the separation of powers. 588 N. W.2d 720 (Minn. 1999) Decided Jan 28, 1999

I am not appealing my specific Unconstitutional orders, but the entire Unconstitutional process of Circuit Courts in NH. Denying access to evidence to defend and noting evidence does not apply to removing

Natural Parental Rights. Implementing protective orders without evidence in civil court is not covered under Rooker Feldman.

I look forward to a timely decision. The child abuse T.C. is experiencing and suffering is unimaginable and unjust. This must stop immediately.

Respectfully Submitted,

Randall S. Collier
26 Joslin Road
Surry, NH 03431
November 6th 2024

## SIGNATURE, STATEMENT OF TRUTH, NOTARY SECTION:

I hereby declare under penalty of perjury the foregoing is true to the best of my knowledge,

_[signature]_ Randall S. Collier    11-6-24

[Signature, Printed Name of Claimant, Date Signed]

## NOTARY STAMP & SIGNATURE, ACKNOWLEDGMENT:

Subscribed and affirmed to before me,
Lydia Hurley                                   , a

Notary Public, this __6__ day of __November__, __2024__, that the above-named man/woman

did appear before me, and proved to be the man/woman executing this document.

Notary Public Signature, Printed Name, and Stamp:

Lydia Hurley
NOTARY PUBLIC
State of New Hampshire
My Commission Expires 5/3/2028

_[signature]_ Lydia Hurley

My commission expires: 5/3/2028