# United States Court of Appeals
## For the First Circuit

———————————

No. 24-1657

RANDALL COLLIER,

Plaintiff - Appellant,

v.

JUDGE JAMES M. CARROLL; JUDGE MICHAEL GARNER; NEW HAMPSHIRE JUDICIAL CONDUCT COMMITTEE,

Defendants - Appellees.

———————————

**ORDER OF COURT**

Entered: November 22, 2024

Appellant's Motion to Expedite Appeal is denied. We note that the appeal will be adjudicated as soon as practicable, briefing having been completed.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Randall Collier
Nathan W. Kenison-Marvin