# First Circuit Court of Appeals for the Federal Circuit
# Case Number 24-1657

November 26 2024

Randall Collier
Plaintiff;

V

Judge Jim Carrol
Judge Michael Garner
NH JCC
Defendants;

## Motion to Reconsider denied motion for an expedited ruling on appeal

I Randall S.Collier presented facts and evidence to support twelve (12) years of child abuse to T.C. at the hands of the NH Judicial Branch.
I was never afforded a criminal hearing in a court of competent jurisdiction to defend against suspicion of a crime. The NH Judicial Branch violated my Public Rights in a Private Rights administrative hearing. By definition Administrative Law clerks can't decide Constitutional issues, how did I lose care, custody, and control of my property without Due Process. No Police or Medical records were submitted as actual evidence against me. Neither were phone records or any objective evidence of a direct credible threat.
Remember the medical records conflicted with Ms. May's allegations.
Judge Garner and Judge Carrol colluded with each other and issued stalking and protection orders without the actual evidence to support the orders, and never properly referred me to a court of competent jurisdiction. This is Judge Garner's testimony to the NH State House.

If evidence did not apply to the protective orders issued through a civil court, what is the state's interest in keeping the civil orders of protection in place for 12 years? I received an additional 5 years protective order when my cousin sent T.C. a gift.
If evidence did not apply to the orders I was seeking to vacate, then why deny any motion for any relief if these are the actual facts of the case, if by admission evidence did not apply? Why extend protective orders if evidence did not apply? What is the State of New Hampshire's interest to continue with sole custody to Ms. May and protective orders without actual evidence of a crime and being convicted in a criminal court of injury to person or property?

Why deny my motions and appeals if evidence did not apply to the orders?

Knowing what I know now, I would never attempt another appeal to NH Supreme Court if they allow protective orders to be issued without evidence in civil court and order sole custody without evidence, and they make the unconstitutional rules for the Unconstitutional Circuit Courts.

On what grounds would the NH Supreme Court actually grant any of my wishes if evidence does not apply to the orders. If nothing supports the orders, then nothing supports denying motions for relief. Why deny all 3 of my Appeals?

The extortion exposed was the NH Judiciary ordering me to pay child support when Child Support is a welfare program and Ms. May was not on welfare prior to her filing the 5 page DVP.

Judge Garner noted "No threats or violence noted in the Domestic Violence Petition". The case was then dismissed.

During the Parenting Case is when I apparently met the elements of criminal threatening and Harassment without actual evidence. The Unconstitutional Statute that the Unconstitutional Court used says " the intended target of harm". If I was merely looking at her counsel, and not at Ms. May, nobody is actually the intended target of anything, especially not of harm. Why did Judge Garner deny 4 motions for discovery of video recordings of this alleged incident of looking or staring.

Furthermore, the Harassment statute notes there has to be a prior finding of attempted hiding of persons. The prior court order noted " the text messages did not contain any inferences Mr. Collier intends to take T.C. into the woods away from Ms. May". So, legally I couldn't even meet this unconstitutional statute either because there was no prior findings of intent to hide a person.

If Ms. May wasn't the intended target of alleged "staring" I certainly do not meet the elements of Criminal Threatening to Ms. May for just looking at someone who is someone other than Ms. May. There is no objective finding of harm when just looking at someone. How did Judge Garner sign off on findings of fact? What facts did he find? I thought evidence did not apply to the orders? One can have facts without evidence?
Where were the phone records to support Ms. May's testimony of " texting at all hours of the night interfering with work responsibilities?

Judge Garner noted three (3) times " evidence does not apply". Twelve (12) years without custody of my biological son, and no evidence of a crime or injured party. What is T.C. going to think when I finally get to show him, his mother Ms. May's overly restricted and more complex parenting plan, supervised visits for his good memory and no evidence submitted to support the orders and 5 years protective order for a Christmas gift. I can't wait to show him all of this.

What happened to my Public Rights?
Where is my speedy trial?
Where is the evidence to support protective orders and sole custody of T.C. for Ms. May?

What is more important than stopping 12 years of child abuse?

How can the NH Judiciary support their Mission Statement of following the US Constitution if we lose our rights without evidence and without a criminal hearing.

If there was no actual direct threat as Judge Carrol noted, how can one be a credible threat?

If the Constitutional NH Supreme Court writes the rules for the Unconstitutional Circuit Courts, then this is a systemic issue and not an isolated case, as Judge Garner recently testified too. He even warned the legislative body against changing the rules to implement the use of evidence.

I Respectfully Demand this court expedite my appeal because every second of every minute the State of NH is supporting Domestic Violence Protective Orders against Americans without evidence in a civil court room without a Jury and not of competent jurisdiction.

All Orders from Family Court are Unconstitutional in which case are void of effect.

Every second T.C. does not get to engage with his biological father intimately without interruption or interference is the definition of child abuse.

12/18/12 to 11/26/2024 is ELEVEN (11) YEARS AND ELEVEN (11) MONTHS WITHOUT CARE, CUSTODY, CONTROL OF MY PROPERTY WITHOUT DUE PROCESS OF LAW!

See attached Memorandum of Law:

Randall Collier
26 Joslin Rd
Surry, NH
03431

## Memorandum of Law:

One must prove:

1. that I must submit to the agency's administrative rules, codes or statutes according to the following case law *"All codes, rules, and regulations are for government authorities only, not human/creators in accordance with God's laws. All codes, rules, and regulations are unconstitutional and lacking due process...."* Rodriques v. Ray Donavan (U.S. Department of Labor) 769 F. 2d 1344, 1348 (1985).

2. that the following is untrue: *"All laws, rules and practices which are repugnant to the Constitution are null and void."* Marbury v. Madison, 5th US (2 Cranch) 137, 180.

3. that the U.S. Constitution is not the supreme law of the land, that the judge in the Juvenile court is not bound by it and that the laws, statutes, codes, rules, or constitution of any state are never contrary to the U.S. Constitution according to the following law : U.S. Constitution, Article VI: *This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.*

4. that an administrative court can take away my constitutional rights or what is mine using statutes, codes, or rules according to the following case law: *"An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed."* Norton v. Shelby County , 118 U.S. 425 p. 442

5. that an "administrative court operating under color of law, in a not-of-record proceeding in equity" and not at law; can take away my rights, privileges, or immunities that are secured or protected by the U.S. Constitution according to the following law: TITLE 18, U.S.C., SECTION 242 *Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully*

*subjects any person in any State, Territory,, ordinance, regulation, or custom, willfully subjects any person in any State, Territory,*

*Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ... shall be fined under this title or imprisoned*

*Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory,*

*Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ... shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping8 or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.*


6. that the judge in an administrative court can act judicially and in a discretionary capacity according to the case: *Thompson v. Smith, 154 S.E. 579, 583; & Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464*

"When acting to enforce a statute and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts administrating or enforcing statutes do not act judicially, but merely ministerially.....but merrily act as an extension as an agent for the involved agency -- but only in a "ministerial" and not a discretionary capacity..."


7. that the judge in an administrative Juvenile court, acting ministerialy and having NO judicial capacity, has the power to terminate a parents custody and rights.


8. that statutes or administrative rules trump my Federal rights according to the following case law: "The assertion of federal rights, when plainly and reasonably made, are not to be

*defeated under the name of local practice." Davis v. Wechler, 263 U.S. 22, 24; Stromberb v. California, 283 U.S. 359; NAACP v. Alabama, 375 U.S.449*

9. that the agency or the Juvenile court can assume my rights can be taken away from me according to the following case law; *The State cannot diminish rights of the people. Hurtado v. California, 110 U.S. 516.*

10. that I can be stripped of my Constitutional rights through trickery, coercement, duress, without full disclosure OR that I can be ordered to do something against my Constitutional rights according to the following case law: *"Waivers of Constitutional Rights, not only must they be voluntary, they must be knowingly intelligent acts done with sufficient awareness." Poindexter v. Greenhow, 114 U.S. 270, 303 (1885). Brady v. U.S., 397 U.S. 742, 748, (1970)*

11. that the people are not the GRANTORS of the Trust powers you hold as TRUSTEES AND PUBLIC SERVANTS and as such you are not to protect my rights according to TN Constitution 1796

ARTICLE I. - BILL OF RIGHTS.- SECTION I.

"That all power is inherent in the people, and all free governments are founded on their authority, and instituted for their peace, safety, and happiness; for the advancement of those ends they have at all times, an unalienable and indefeasible right to alter, reform, or abolish the government in such manner as they may think proper."

12. that the state has the U.S. Constitutional right to deem what is in the child's best interest using their statutes according to the following case law: The Supreme Court Ruled That The State Statute Was Unconstitutional

The U.S. Supreme Court ruled on the issue of grandparent visitation rights in the 2000 case of 530 U.S. 57, which involved a dispute between a Washington-state mother and her ex-boyfriend's parents. When Brad Troxel, the children's father, died in 1993, his parents informed the mother, Tommie Granville, that they wanted to maintain a relationship with the couple's two daughters. Washington law at the time allowed "any person" to petition for visitation "at any time" and gave state courts discretion to grant that visitation when it was in the child's best interests.

But the majority of the Troxel court struck down the state statute as unconstitutional, finding it interfered with parents' rights to raise their children as they pleased. Writing for the

majority, Justice Sandra Day O'Connor said, "*The liberty interest at issue in this case — the interest of parents in the care, custody, and control of their children — is perhaps the oldest of the fundamental liberty interests recognized by this Court.*" Troxel v. Granville, 530 U.S. 57 (2000)

13. that the State has the power when working in private business to overrule mothers and fathers and let people or corporations take kids from parents according to:

The *Adoption and Safe Families Act* (A.S.F.A.) : SEC. 401. PRESERVATION OF REASONABLE PARENTING.

"Nothing in this Act is intended to disrupt the family unnecessarily or to intrude inappropriately into family life, to prohibit the use of reasonable methods of parental discipline, or to prescribe a particular method of parenting."

14. that the agency, or judge can take charge of my child without my permission according to the Social Security Act 1935 [Original Legislative Intent of the Congress not for CPS to take kids]

TITLE XI- GENERAL PROVISIONS

DEFINITIONS SECTION 1101

*(6)(d) Nothing in this Act shall be construed as authorizing any Federal official, agent, or representative, in carrying out any of the provisions of this Act, to take charge of any child over the objection of either of the parents of such child, or of the person standing in loco parentis to such child.*

15. that the *Child Abuse Prevention and Treatment Act* (C.A.P.T.A.) is not governed by a higher law and is not an insurance program.

*SEC. 2. (a) Notwithstanding any other provision of law, an annuitant, as defined under section 8901(3) of title 5, United States Code, who is participating or who is eligible to participate in the health benefits program offered under the Retired Federal Employees Health Benefits Act (74 Stat. 849; Public Law 86-724), may elect, in accordance with regulations prescribed by the United States Civil Service Commission, to be covered under the provisions of chapter 89 of title 5, United States Code, in lieu of coverage under such Act.*

16. that *Child Abuse Prevention and Treatment Act* (C.A.P.T.A.) was not to be voluntary according to §5106. Grants to States, Indian tribes or tribal organizations, and public or private agencies and organizations

*b) Discretionary grants*

*The grantee shall assure that parental involvement described in this subparagraph is voluntary.*


17. that I do not have the right of self determination, or that the state is not to protect my fundamental rights of family according to the International Covenant on Civil and Political Rights

*Article 1*

*1. All peoples have the right of self-determination. By virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development.*

*Article 23*

*The family is the natural and fundamental group unit of society and is entitled to protection by society and the State.*

*Article 24*

*1. Every child shall have, without any discrimination as to race, colour, sex, language, religion, national or social origin, property or birth, the right to such measures of protection as are required by his status as a minor, on the part of his family, society and the State.*


The US Supreme Court time and time again has stated clearly that the states are not functioning properly or constitutionally!

**Recent decision SECURITIES AND EXCHANGE COMMISSION, ET AL., PETITIONERS

21–1239 v. MICHELLE COCHRAN WRIT OF CERTIORARI TO THE UNITED STATES COURT OF

APPEALS FOR THE FIFTH CIRCUIT April 14, 2023  JUSTICE KAGAN delivered the opinion of the Court.....

"In each of these two cases, the respondent in an administrative enforcement action challenges the constitutional authority of the agency to proceed. Both respondents claim

that the agencies' administrative law judges (ALJs) are insufficiently accountable to the President, in violation of separation-of-powers principles. And one respondent attacks as well the combination of prosecutorial and adjudicatory functions in a single agency. The challenges are fundamental, even existential. They maintain in essence that the agencies, as currently structured, are unconstitutional in much of their work. The question presented

is whether the district courts have jurisdiction to hear those suits and so to resolve the parties' constitu-tional challenges to the Commissions' structure. The answer is yes. The ordinary statutory review scheme does not preclude a district court from entertaining these extra ordinary claims."

JUSTICE THOMAS, concurring......"I join the Court's opinion in full because it correctly applies precedent to determine that Axon Enterprise's and Michelle Cochran's structural constitutional claims need not be channeled through the administrative review schemes at issue. I write separately, however, because I have grave doubts about the constitutional propriety of Congress vesting administrative agencies with primary authority to adjudicate core private rights with only deferential judicial review on the back end. As I have explained, when private rights are at stake, full

Article III adjudication is likely required. Private rights encompass the three 'absolute' rights, life, liberty, and property, so called because they 'appertain and belong to particular men merely as individuals,' not 'to them as members of society or standing in various relations to each other'—that is, not dependent upon the will of the government." Wellness Int'l Network, 575 U. S., at 713–714 (dissenting opinion) (quoting 1 W. Blackstone, Commentaries on the Laws of England 119 (1765); alterations omitted).

## Unlawful Detainment:

"...the reason for the initial detention, speeding & running a red light are not a breach of the peace." Perkins v Texas, 812 S.W. 2d 326

If there is no breach of the peace, and you are not carrying passengers or property for hire, then it is an unlawful arrest

"Any restraint, however slight, upon another's liberty to come and go as one pleases, constitutes an "arrest." Swetnam v. W.F. Woolworth Co., 318 P.2d 364, 366, 83 Ariz. 189.

"DETENTION. The act of retaining a person or property, and preventing the removal of such person or property." Bouvier's Law Dictionary 1856 Edition,

"An illegal arrest is an assault and battery. The person so attempted to be restrained of his liberty has the same right to use force in defending himself as he would in repelling any other assault and battery." State v. Robinson, 145 ME. 77, 72 ATL. 260.

"One may come to the aid of another being unlawfully arrested, just as he may where one is being assaulted, molested, raped or kidnapped. Thus it is not an offense to liberate one from the unlawful custody of an officer, even though he may have submitted to such custody, without resistance." Adams v. State, 121 Ga. 16, 48 S.E. 910.

"Similarly, a person cannot be convicted of resisting a peace officer in the execution of his duty unless the officer was acting strictly within the limits of his powers and duty. If the officer makes an unlawful arrest, then there is a common law right to resist that arrest." Police Manual of Arrest, Seizure and Interrogation, 8th Edition, by The Honorable Roger E. Salhany, page 96

And in justifying the particular intrusion the police officer must be able to point to specific and articulable facts which, taken together with rational inferences from those facts, reasonably warrant that intrusion. Terry v. Ohio, 392 U.S. At 21, Chief Justice Warren stated.

"Defendant could not be arrested for refusing to give law enforcement officer his name pursuant to a statute prohibiting obstruction of public servant in discharge of his official powers." (State v. Hoffman, 664 P.2d 1259, 35 Wa. App. 13, 16, 664 P.2d 1259).

"For a crime to exist, there must be an injured party (Corpus Delicti). There can be no sanction or penalty imposed on one because of this Constitutional Right." Sherer v. Cullen 481 F. 945.

If the encounter is consensual, a person approached need not actually leave to terminate the encounter, but may simply ignore police. Michigan v. Chesternut, 486 U.S. 567 (1988). Justice Blackmun explained the Court's holding that Chesternut had not been detained, stating that the police conduct "would not have communicated to a reasonable person that he was not at liberty to ignore the police presence and go about his business."— 486 U.S. At 569.

### Immunity:

"Judge loses his absolute immunity from damage actions only when he acts in clear absence of all jurisdiction or performance of an act which is not judicial in nature." Schucker v. Rockwood, 846 F.2d 1202

Qualified Immunity "protects government officials from liability for civil damages insofar as their conduct does not violate 'clearly established statutory or constitutional rights of which a reasonable person would have known.'" Weise v. Casper, 593 F.3d 1163, 1166 (10th Cir. 2010)(quoting Pearson v. Callahan, __ U.S. __, 129 S.Ct. 808, 815 (2009) and Harlow v. Fitzgerald, 457 U.S. 800, 818 (1982)).

"Qualified immunity defense fails if public officer violates clearly established right because a reasonably competent official should know the law governing his conduct" Jones vs Counce 7-F3d-13598th Cir 1993; Benitez v Wolff 985-F3d 662 2nd Cir 1993

"Judge loses his absolute immunity from damage actions only when he acts in clear absence of all jurisdiction or performance of an act which is not judicial in nature." Schucker v. Rockwood, 846 F.2d 1202

The standard procedure is to drag you into a kangaroo court because it is a statute that they are enforcing "...judges who become involved in enforcement of mere statutes (civil or criminal in nature and otherwise), act as mere "clerks" of the involved agency..." K.C. Davis, ADMIN. LAW, Ch. 1 (CTP. West's 1965 Ed.) [emphasis added]

16 Am Jur 2d. Sec. 256: "A contract which rests on an unconstitutional statute creates no obligation to be impaired by subsequent legislation. No one is bound to obey an unconstitutional law. No courts are bound to enforce it. Persons convicted and fined under a statute subsequently held unconstitutional may recover the fines paid. A void act cannot be legally inconsistent with a valid one and an unconstitutional law cannot operate to supersede an existing valid law."

## Statutes:

"When enforcing mere statutes, judges of all courts do not act judicially" and thus are not protected by "qualified" or "limited immunity," SEE: Owen v. City, 445 U.S. 662; Bothke v. Terry, 713 F2d 1404

**An unconstitutional statute has no more force or validity as a law than a piece of blank paper. *Seneca Mining Co. v. Ozmun, 82 Mich. 573, 47 N.W. 25 (1890); Ex parte Bockhorn, 62 Tex. Cr. 651, 138 S.W. 706 (1911)....* and must be regarded as never having been enacted. *Crane Co. v. Arizona Tax Commission, 63 Ariz. 426, 163 P. (2d) 656 (1945); Finders v. Bodle, 58 Neb. 57, 78 N.W. 480 (1899); State ex rel. Stephenson v. TuHy, 20 Nev. 427, 22 P. 1054 (1890).* And is void from the date of its enactment. *State ex rel. Miller v. O'Malley, 342 Mo. 641, 117 S.W. (2d) 319 (1938).***

**The Common Law is the real Law, the supreme law of the land, the code, rules, regulations, and statutes are " not the law" US Supreme Court Decision, (Self v. Rhay, 61 Wn (2nd)261):**
https://www.supremecourt.gov/DocketPDF/18/18-7080/76618/20181218153201895_00000008.pdf ; https://casetext.com/case/in-re-self-v-rhay

## Parental Rights: 154 case laws:

https://awake2020.wordpress.com/2021/12/27/154-caselaw-you-will-need/ ;

## Judges:

A judge ceases to serve as a judicial officer because the governing principles of administrative law provides that courts are prohibited from substituting their evidence, testimony, record, arguments and rationale for that of the agency. Additionally, courts are prohibited from substituting their judgments for that of the agency." AISI v US, 568 F2d 284.

"It is the accepted rule, not only in state courts, but, of the federal courts as well, that when a judge is enforcing administrative law they are described as mere 'extensions of the administrative agency for superior reviewing purposes' as a ministerial clerk for an agency..." 30 Cal 596; 167 Cal 762. [emphasis added]

The Fourth Amendment prohibits law enforcement officers from arresting citizens without probable cause. See, Illinois v. Gates, 462 U.S. 213 (1983), therefore, no body attachment, bench warrant or arrest may be issued. Illinois v. Gates:
https://supreme.justia.com/cases/federal/us/462/213/

"By definition, probable cause to arrest can only exist in relation to criminal conduct; civil disputes cannot give rise to probable cause. U.S.C.A. Const.Amend. 4.":
https://uk.practicallaw.thomsonreuters.com/

If a person is arrested on less than probable cause, the United States Supreme Court has long recognized that the aggrieved party has a cause of action under 42 U.S.C. §1983 for violation of Fourth Amendment rights. Pierson v. Ray, 386 US. 547, 87 S.Ct.1213 (1967).
https://supreme.justia.com/cases/federal/us/386/547/

"Harlow v. Fitzgerald, 457 U.S. 800, 818, there can be no objective reasonableness where officials violate clearly established constitutional rights such as– (a) United States Constitution, Fourth Amendment (including Warrants Clause), Fifth...":
https://supreme.justia.com/cases/federal/us/457/800/

## SIGNATURE, STATEMENT OF TRUTH, NOTARY SECTION:

I hereby declare under penalty of perjury the foregoing is true to the best of my knowledge,

_[signature]_ Randall S. Collier    November 26 2024
[Signature, Printed Name of Claimant, Date Signed]

---

## NOTARY STAMP & SIGNATURE, ACKNOWLEDGMENT:

Subscribed and affirmed to before me,
John Johnson, a
Notary Public, this 26th day of November, 2024, that the above-named man/woman

did appear before me, and proved to be the man/woman executing this document.

Notary Public Signature, Printed Name, and Stamp:

_[signature]_ John Johnson

My commission expires: 3/3/2026

John A Johnson,
NOTARY PUBLIC
State of New Hampshire
My Commission Expires 3/3/2026